IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **MARTIN LAMAR CALDWELL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:20cv673-MHT |
| | ) | (WO) |
| **WARDEN BUTLER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that defendants, state prison officials and entity, knowingly transferred prisoners infected with COVID-19 to the prison where he was incarcerated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failures to comply with the orders of the court and prosecute this action. There are no objections to the recommendation. After an independent and de novo review of the record,

the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 10th day of February, 2021.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE